# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SHANNON HESKETT,** | : |
| Plaintiff, | : |
| v. | : Case No. 2:21-cv-1316 |
| | : Judge Sarah D. Morrison |
| **PSI INDUSTRIAL SOLUTIONS, INC.,** | : |
| | : Magistrate Judge Kimberly A. Jolson |
| Defendant. | : |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that all claims in the above-captioned matter are hereby dismissed with prejudice. Each party shall bear their own costs.


Respectfully submitted,

| | |
|---|---|
| /s/ *Peter G. Friedmann* | */s/ Mitchell L. Stith (per email authority)* |
| Peter G. Friedmann (0089293) | Mitchell L. Stith (0096759) |
| **The Friedmann Firm LLC** | mitch@scottscrivenlaw.com |
| 3740 Ridge Mill Drive | **SCOTT SCRIVEN LLP** |
| Hilliard, Ohio 43026 | 250 East Broad Street, Suite 900 |
| Phone: 614-610-9756 | Columbus, Ohio 43215 |
| Fax: 614-737-9812 | Tel.: (614) 222-8686; |
| Email: pete@tfflegal.com | Fax: (614) 222-8688 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 1st day of June, 2022, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        By: /s/ Peter G. Friedmann
           Peter G. Friedmann (0089293)